```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 08 B 10909
    VIRGINIA G HARTLEY
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-6562


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 04/30/2008 and was not confirmed.

     The case was dismissed without confirmation 06/04/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------------
DEUTSCHE BANK NATIONAL T  NOTICE ONLY     NOT FILED          .00           .00
CAVALRY PORTFOLIO SERVIC  UNSECURED         10014.79         .00           .00
WELLS FARGO FINANCIAL IL  UNSECURED           657.26         .00           .00
DAIMLER CHRYSLER FINANCI  SECURED NOT I         .00          .00           .00
BANK OF NEW YORK          CURRENT MORTG         .00          .00           .00
BANK OF NEW YORK          SECURED NOT I         .00          .00           .00
DYCK O NEAL INC           CURRENT MORTG         .00          .00           .00
DYCK O NEAL INC           SECURED NOT I         .00          .00           .00
COUNTRYWIDE HOME LOANS    CURRENT MORTG         .00          .00           .00
COUNTRYWIDE HOME LOANS    SECURED NOT I         .00          .00           .00
LAND ROVER CAPITAL GROUP  SECURED NOT I         .00          .00           .00
SECOND START              DEBTOR ATTY           .00                        .00
TOM VAUGHN                TRUSTEE                                          .00
DEBTOR REFUND             REFUND                                           .00


          Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                           .00
SECURED                                            .00
UNSECURED                                          .00
ADMINISTRATIVE                                     .00
TRUSTEE COMPENSATION                               .00
DEBTOR REFUND                                      .00
                        ---------------      ---------------
TOTALS                       .00                   .00
```

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 08 B 10909 VIRGINIA G HARTLEY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 09/24/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |